UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK WACHS,

Plaintiff,

v.

COUNTY OF KERN, et al.,

Defendants.

Case No. 1:23-cv-00445-KES-CDB

ORDER DISMISSING ACTION WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO STATE A CLAIM

Doc. 31

On August 7, 2026, the Court adopted the assigned magistrate judge's findings and recommendations (Doc. 28), granted the motion to dismiss by defendants County of Kern, Joshua Cabezuela, Juan Cuevas, Andrew Avila, and Phillip Garza, and extended leave to amend the complaint. Doc. 31. The Court directed plaintiff to file any amended complaint within 30 days and warned plaintiff that failure to do so would result in dismissal of this action. *Id*. at 4.

The deadline for plaintiff to file an amended complaint has passed and plaintiff has failed to make any filing in accordance with the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted. Therefore, the Court will dismiss this action with prejudice. *See Edwards v. Marin Park, Inc*., 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that it will not do so—is properly met with the sanction of a Rule 41(b) dismissal.").; *Applied Underwriters, Inc. v. Lichtenegger*, 913 F.3d 884, 890 (9th Cir. 2019) ("[w]hen a district court dismisses an action because the plaintiff has not filed an amended complaint after being given leave to do so and has not notified the court of his intention

not to file an amended complaint, we may deem the dismissal to be for failure to comply with a court order based on Federal Rule of Civil Procedure 41(b).") (quotation marks and citation omitted)).

Accordingly,

1. This action is dismissed with prejudice for failure to state a claim upon which relief may be granted; and
2. The Clerk of Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated: September 15, 2026

UNITED STATES DISTRICT JUDGE